# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC GARZA,
                        Appellant,

vs.

STATE OF NEVADA, DEPARTMENT
OF EMPLOYMENT, TRAINING AND
REHABILITATION; THE STATE OF
NEVADA EMPLOYMENT SECURITY
DIVISION; ELISA CAFERRATA, IN
HER OFFICIAL CAPACITY AS THE
DIRECTOR OF DETER; LYNDA
PARVEN, IN HER OFFICIAL
CAPACITY AS THE ADMINISTRATOR
OF THE ESD; AND ROSA MENDEZ, IN
HER OFFICAL CAPACITY,
                        Respondents.

No. 83482

**FILED**

MAY 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
         DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to dismiss appellant's complaint. Eighth Judicial District Court, Clark County; Tara D. Clark Newberry, Judge.

On March 2, 2022, this court entered an order directing appellant to file the opening brief or informal brief form for pro se parties. Pursuant to that order, the brief was due by March 16, 2022. This court cautioned that failure to timely file the brief could result in the dismissal of this appeal. To date, appellant has not filed the brief or otherwise

SUPREME COURT
OF
NEVADA

(O) 1947A

22-14706

communicated with this court. Accordingly, it appears appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:   Hon. Tara D. Clark Newberry, District Judge
      Eric Garza
      State of Nevada/DETR
      Eighth District Court Clerk